| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) HUFF, MARILYN L. | 2. Court or Organization USDC, SOUTHERN DIST. OF CALIF. | 3. Date of Report 5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 940 FRONT STREET SAN DIEGO, CA 92101-8901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)
☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | ** NOTHING TO REPORT ** |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 19 P 12: 19 RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HUFF, MARILYN L | 5/12/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Gray Cary Ware & Freidenrich/DLA, Piper Rudnick Gray Cary LLP |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Bio Conference | San Francisco, 6/7/04 - Speaker on Patent Law Panel. Transportation and Lunch. |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Manhattan | Share of real estate mortgage | K |
| 2. Union Bank | Real estate mortgage | N |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Boggs Inv., San Diego, CA | D | Rent | N | W | | | | | |
| 2. Trust #2 (X) | A | Rent | L | W | | | | | |
| 3. Sun Oil | A | Dividend | | | .... | 12/31 | K | | |
| 4. Occ. Petroleum | A | Dividend | | | | | | | |
| 5. Rental property, S.D., CA | D | Rent | O | W | | 12/29 | J | | |
| 6. Wells Fargo Accounts -SDCA | B | Interest | N | T | | | | | |
| 7. Nationwide Life | E | Proceeds | | | Sold | 6/29 | L | E | |
| 8. American General BB | A | Interest | K | T | | | | | |
| 9. Gray,Cary 401k & Profit Sharing * Total Value | E | Interest | P1 | T | | | | | Following is list of assets. |
| 10. (Beneficial Share) | | Dividend | | | | | | | |
| 11. Sched of Assets & Transactions | | | | | | | | | |
| 12. Trust B | D | Interest | N | T | | | | | |
| 13. Fidelity Brokeragelink Account: | | | | | | | | | |
| 14. Boeing | A | Dividend | K | T | Bought | 4/29 | K | D | |
| 15. Boeing | A | Dividend | | | Sold | 11/22 | K | D | |
| 16. U.S. Treas. Strips 5/8/2017 | | None | M | T | | | | | |
| 17. Costco | A | Dividend | K | T | Sold | 11/22 | K | E | |
| 18. Power Shares Dynamic Market | | None | K | T | Bought | 11/22 | K | | |

1. Income Gain Codes: A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000
(See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000
(See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 | P4 = More than $50,000,000
3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market
(See Column C2) | U = Book Value | V = Other | W = Estimated

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Fidelity Cash Reserves | C | Interest | N | T | | | | | |
| 20. Columbia Liberty | D | Dividend | M | T | | | | | |
| 21. INTEL | A | Dividend | | | Sold | J | | | |
| 22. Pfizer | | None | K | T | Bought | 12/22 | K | | |
| 2 . Starbucks | | None | J | T | Sold Portion | 11/24 | K | E | |
| 24. Baron Asset Fund | A | Dividend | J | T | | | | | |
| 25. OTHER ASSETS in 401(k) PROFIT SHARING | | | | | | | | | |
| 26. Columbia Acorn Z | | None | L | T | Bought | 4/30 | K | | |
| 27. Fidelity Divers. Intl | B | Dividend | N | T | | | | | |
| 28. Live Oak Assoc II (IRA) | A | Interest | K | | | | | | |
| 29. (4 1k) (Fideli y Fund) | A | Dividend | K | T | | | | | |
| 30. Strong Opportunity | | None | | | Exch. Out | 3/31 | K | | |
| 31. JPM MidCap Value | A | Dividend | K | T | Exng. In | 3/31 | K | | |
| 32. Fidelity Freedom 2010 | B | Dividend | M | T | | | | | |
| 33. Jarvis Adv. Balanced | | None | | | Exchg. Out | 3/31 | K | | |
| 34. Fidelity Managed Income Port | C | Dividend | N | T | | | | | |
| 35. Kaufmann Fund (Fed) | B | Dividend | K | T | | | | | |
| 36. Neuberger Berman Guardian | | None | | | Sold | 11/18 | J | D | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$60,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $60,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Strong Common Fund | B | Dividend | K | T | | | | | |
| 38. Corning | | None | | | Sold | 11/22 | I | | |
| 39. Federal Express | A | Dividend | K | T | | | | | |
| 40. Spartan U.S. Equity | B | Dividend | M | T | Bought Addl | 4/30 | K | | |
| 41. IBM | A | Dividend | K | T | Bought Addl | 12/23 | J | | |
| 42. Nike | A | Dividend | J | T | | | | | |
| 43. Qualcomm | | None | K | T | Bought | 12/28 | K | | |
| 44. END OF ASSETS IN 401(k) | | | | | | | | | |
| 45. IRA American General | A | Interest | K | T | | | | | |
| 46. Charles Schwab IRA    Total Value ** | | | O | T | | | | | Assets listed below |
| 47. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 48. U.S. Treas Strip 25K 8/5/2008 | | None | K | T | | | | | |
| 49. Ball Corp. | A | Dividend | K | T | | | | | |
| 50. El Paso Corp. (Coastal) | A | Dividend | J | T | | | | | |
| 51. Exxon Mobil Corp. | A | Dividend | | | Sold | 11/22 | K | D | |
| 52. Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 53. Eli Lilly | A | Dividend | J | T | | | | | |
| 54. Pepsico | A | Dividend | | | Sold | 11/22 | K | E | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$6,000,000   H2 = more than $6,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HUFF, MARILYN L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 56. Pimco Total Return | B | Interest | L | T | | | | | |
| 57. Vanguard Bond Index | C | Interest | L | T | | | | | |
| 58. Marathon (USX) | A | Dividend | J | T | | | | | |
| 59. SBC Comm. | A | Dividend | J | T | | | | | |
| 60. Vodafone Group | A | Dividend | J | T | | | | | |
| 61. Kimco Realty | A | Dividend | J | T | | | | | |
| 62. Vanguard Windsor II | A | Dividend | K | T | Sold Portion | 11/29 | L | E | |
| 63. DFA U.S. Micro Cap | A | Dividend | J | T | | | | | |
| 64. Acorn Int./Liberty | A | Dividend | | | Sold | 11/29 | K | D | |
| 65. DFA Int. Lg. Cap. Val. | A | Dividend | K | T | | | | | |
| 66. DFA Lg. Cap. Val. | A | Dividend | K | T | Bought | 11/29 | K | | |
| 67. DFA Int. Sm. Cap. Val. | A | Dividend | J | T | Bought Addl. | 11/29 | J | | |
| 68. Vanguard Wrld Int. Growth | A | Dividend | J | T | | | | | |
| 69. Vanguard Growth Index | A | Dividend | | | Bought | 11/29 | K | | |
| 70. Guidant | | None | | | Sold | 11/22 | K | E | |
| 71. Schwab Money Market - H | A | Interest | J | T | | | | | |
| 72. Home Depot | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. AT&T (Media One) (USW) | A | Dividend | J | T | | | | | |
| 74. Comcast | A | Dividend | J | T | | | | | |
| 75. AT&T Wireless | | None | | | Cash -Merge | 10/27 | J | | |
| 76. Longleaf Small Cap | A | Dividend | K | T | | | | | |
| 77. Vanguard Short Term CRP | A | Interest | K | T | | | | | |
| 78. Vanguard GNMA | A | Interest | K | T | | | | | |
| 79. Vanguard Hl-Yld Corp. | B | Interest | K | T | | | | | |
| 80. Vanguard Ex. Mkt. Ind. | A | Dividend | J | T | Sold Portion | 11/29 | J | | |
| 81. T Rowe Price Sci & Tech | | None | J | T | | | | | |
| 82. Vanguard REIT | B | Dividend | K | T | | | | | |
| 83. DFA 6-10 US Sm. Cap. Value | A | Dividend | J | T | | | | | |
| 84. DFA US Large Co Port | B | Dividend | L | T | Bought Addl | 11/29 | K | | |
| 85. DFA 6-10 US Small Cap. Port | A | Dividend | K | T | | | | | |
| 86. DFA 5Yr. Global | A | Interest | K | T | Bought | 12/01 | K | | |
| 87. Vanguard Short Term Bond Investor | A | Interest | K | T | | | | | |
| 88. Vanguard Inflation Prot. | B | Interest | K | T | Bought | 12/01 | K | | |
| 89. END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 90. Schwab Cal Muni Mut Fund | A | Interest | M | T | Addt | 8/27 | K | | |

1. Income/Gain Codes   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "CQ" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Schwab Cal Muni Mut Fund | A | Interest | M | T | Addt | 12/29 | M | | |
| 92. GCW&F Partners I | | None | J | T | | | | | |
| 93. GCWF Partners II | | None | J | T | | | | | |
| 94. GCWF Ventures I | | None | J | T | | | | | |
| 95. GCWF (A-E) Invest. Partners I | A | Interest | K | T | | | | | |
| 96. GCWF (F-I)Invest Partners II | A | Interest | L | T | | | | | |
| 97. Verity, Inc. | | None | J | T | | | | | |
| 98. Wells Fargo Bank BB SDCA | | Interest | J | T | | | | | |
| 99. Leap Wireless | | None | | | Worthless | 11/23 | | | |
| 100. Schwab Custodial Money Market (BB) | A | Interest | K | T | | | | | |
| 101. NASDAQ 100 (BB) | A | Dividend | J | T | | | | | |
| 102. Vanguard Windsor II (BB) | A | Dividend | J | T | | | | | |
| 103. SBC (BB) | A | Dividend | | | Sold | 11/15 | J | A | |
| 104. Bellsouth (BB) | A | Dividend | | | Sold | 11/15 | J | A | |
| 105. FluroProbe Inc. | | None | K | W | | | | | |
| 106. Ames Ranch | A | Dist. Final | J | W | | | | | |
| 107. TPC Lakeside Mendocino LLC | E | Interest | J | W | Buy | 4/04 | L | | |
| 108. Agere Systems | | None | J | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. Extreme Networks | | None | J | T | | | | | |
| 110. II-IV, Inc. | | None | J | T | | | | | |
| 111. iManage (iPrint) Interwoven | | None | J | T | | | | | |
| 112. World Savings | B | Interest | M | T | | | | | |
| 113. Property, San Diego Co., CA-Appraisal Date 8/1 /03 | E | Rent | P1 | Q | | | | | |
| 114. IDEX Med. Growth (IRA) | B* | Dividend | | | Buy | 5/18 | L | | |
| 115. IDEX Growth Port. (IRA) | A | Dividend | | | Buy | 5/25 | J | | |
| 116. Citibank Global Markets | A | Interest | | | Deposit | 6/11 | L | | |
| 117. Citibank Global Markets | A | Interest | | | Withdraw | 7/13 | L | | |
| 118. Smith Barney Muni MM | A | Interest | K | T | Buy | 7/21 | J | | |
| 119. Weatherford Intl. | | None | J | T | Buy | 7/14 | J | | |
| 120. American Intl. Group | A | Dividend | J | T | Buy | 8/10 | J | | |
| 121. American Intl. Group | A | Dividend | J | T | Buy | 10/15 | J | | |
| 122. Amgen | | None | J | T | Buy | 7/19 | J | | |
| 123. Autodesk | A | Dividend | J | T | Buy | 8/06 | J | | |
| 124. Biogen Idec | | None | J | T | Buy | 7/20 | J | | |
| 125. Biogen Idec | | None | J | T | Buy | 7/27 | J | | |
| 126. Cablevision Systems | | None | J | T | Buy | 7/15 | J | | |

1. Income Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Chiron Corp | | None | J | T | Buy | 7/14 | J | | |
| 128. Cisco Systems | | None | J | T | Buy | 7/19 | J | | |
| 129. Coca-Cola | A | Dividend | J | T | Bu | 7/27 | J | | |
| 130. Coca-Cola | A | Dividend | J | T | Buy | 11/30 | J | | |
| 131. Comcast Corp | | None | J | T | Buy | 7/14 | J | | |
| 132. Cree Inc. | | None | J | T | Buy | 9/28 | J | | |
| 133. Dell Inc. | | None | J | T | Buy | 7/29 | J | | |
| 134. Walt Disney | A | Dividend | J | T | Buy | 7/20 | J | | |
| 135. Forest Labs, Inc. | | None | J | T | Buy | 7/16 | J | | |
| 136. Forest Labs, Inc. | | None | J | T | Buy | 8/11 | J | | |
| 137. Genentech, Inc. | | None | J | T | Buy | 8/04 | J | | |
| 138. General Electric | A | Dividend | J | T | Buy | 7/14 | J | | |
| 139. Genzyme Corp. | | None | J | T | Buy | 7/21 | J | | |
| 140. Gillette Co. | A | Dividend | J | T | Buy | 8/25 | J | | |
| 141. Home Depot | A | Dividend | J | T | Buy | 8/11 | J | | |
| 142. IAC Interact Corp. | | None | J | T | Buy | 7/21 | J | | |
| 143. IAC Interact Corp | | None | J | T | Buy | 8/24 | J | | |
| 144. Intel Corp. | A | Dividend | J | T | Buy | 7/24 | J | | |

1. Income/Gain Codes       A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,001-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Johnson & Johnson | A | Dividend | J | T | Buy | 11/22 | J | | |
| 146. L3 Communications | A | Dividend | J | T | Buy | 7/19 | J | | |
| 147. Lehman Brothers | A | Dividend | J | T | Buy | 7/20 | J | | |
| 148. Liberty Media Corp | | None | J | T | Buy | 7/22 | J | | |
| 149. Merck | A | Dividend | | | Bought | 7/19 | J | | |
| 150. Merck | A | Dividend | | | Sold | 1/01 | J | | |
| 151. Merrill Lynch & Co. | A | Dividend | J | T | Buy | 7/15 | J | | |
| 152. Microsoft Corp. | A | Dividend | J | T | Buy | 7/16 | J | | |
| 153. Micron echnology | | None | J | T | Buy | 7/15 | J | | |
| 154. Micron Technology | | None | J | T | Buy | 11/29 | J | | |
| 155. Pall Corp | A | Dividend | J | T | Buy | 7/21 | J | | |
| 156. Pepsico, Inc. | A | Dividend | J | T | Buy | 9/22 | J | | |
| 157. Pfizer, Inc. | A | Dividend | J | T | Buy | 7/15 | J | | |
| 158. Pfizer, Inc. | A | Dividend | J | T | Buy | 11/11 | J | | |
| 159. Sandisk Corp. | | None | J | T | Buy | 7/16 | J | | |
| 160. Texas Instruments | A | Dividend | J | T | Buy | 8/25 | J | | |
| 161. Time Warner | | None | J | T | Buy | 8/02 | J | | |
| 162. United Health Group | A | Dividend | J | T | Buy | 7/20 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. RSB IRA (X) | D | Interest | J | T | | | | | |
| 164. DL Trust (X) Schwab MM | A | Interest | J | T | | | | | |

1. Income/Gain Codes:
(See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:
(See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes
(See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. Items # 93, 95, 104, 105, 107, 115, 116, 121 from the 2003 Report are not listed in the 2004 Report as they no longer pertain to a dependent child.

2. Items # 84 and 85 from the 2003 Report are consolidated with Item #6 in the 2004 Report.

3. Items # 1, 2, 90-97, 105, 107-111, 113, 114-162 became assets of Trust #1. (See Part I).

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

HUFF, MARILYN L

Date of Report

5/12/2005

VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                    Date _5/12/05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544